IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

       Plaintiff,                         CV F 03 5641 OWW WMW   P

   vs.                                  ORDER RE MOTION (DOC 32 )

D. MORALES, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an amended complaint.   Pursuant to Federal Rule of Civil Procedure 15(a), plaintiff has the right to amend the complaint once, as a matter of course, any time before a responsive pleading has been filed.  Though defendants have responded by a motion to dismiss, motions under Rule 12 are not responsive pleadings for purposes of Rule 15(a).  Crum v. Circus Circus Enterprises, 231 F.3d 1129, 1130 (9th Cir. 2000).  Plaintiff is therefore not barred from filing an amended complaint as a matter of course.

      Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer

1

serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint is granted; and

2. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."

IT IS SO ORDERED.

**Dated:   April 7, 2006**            /s/  **William M. Wunderlich**
mmkd34                                UNITED STATES MAGISTRATE JUDGE