IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

    Plaintiff,                          CV F 03 5641 OWW WMW   P

  vs.                                     ORDER

D. MORALES, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se. On April 10, 2006, an order was entered, granting plaintiff leave to file an amended complaint. On April 27, 2006, plaintiff filed a first amended complaint. Defendants have entered an appearance by motion to dismiss lodged on September 15, 2004. Accordingly, IT IS HEREBY ORDERED that defendants shall, within thirty days of the date of service of this order, file a response to the April 27, 2006 first amended complaint.

IT IS SO ORDERED.

**Dated:**   **May 31, 2006**              **/s/ William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE