IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

    Plaintiff,                                      CV F 03 5641 OWW WMW P

    vs.                                            ORDER RE: FINDINGS & RECOMMENDATIONS (#41)

D. MORALES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On August 1, 2006, findings and recommendations were entered, recommending denial of Defendants' motion to dismiss.  The parties were provided an opportunity to file objections within thirty days.  No objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 1, 2006, are adopted in full; and

2. Defendants' motion to dismiss is denied. This action is remanded to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 22, 2006                              /s/ Oliver W. Wanger
emm0d6                                                            UNITED STATES DISTRICT JUDGE