1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    ERIC JOHNSON,

8              Plaintiff,                    CV F 03 5641 OWW WMW   P

9         vs.                        _____ORDER

10

11   D. MORALES, et al.,

12              Defendants.

13

14        On September 26, 2006, the District Court entered an order adopting the findings and

15   recommendations of August 1, 2006.  Defendants' motion to dismiss was denied.  Defendants

16   appeared by motion to dismiss.  On April 10, 2006, an order was entered, granting Plaintiff leave

17   to file an amended complaint.  Accordingly, IT IS HEREBY ORDERED that defendants are

18   directed to file, within thirty days, a response to the April 27, 2006, amended complaint.

19

20

21

22   IT IS SO ORDERED.

23   **Dated:    October 16, 2006**              **/s/  William M. Wunderlich**
     mmkd34                            UNITED STATES MAGISTRATE JUDGE

24

25

26

1