IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>D. MILLER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-03-6440 LJO DLB P<br><br>ORDER CONSOLIDATING CASE NUMBER CV-F-03-5641-OWW-WMW-P WITH CV-F-03-6440-LJO DLB-P AND DIRECTING CLERK TO CLOSE CV-F-03–6440-LJO -DLB-P |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the amended complaint in this action on July 23, 2004. On October 4, 2006 and October 5, 2006, the parties filed motions to consolidate this case with CV -F-03-5641 OWW WMW P.

Upon review of the amended complaint in the present case and the amended complaint in CV-F-03-5641, the court notes that the complaints involve the same parties and the same incident and involve common questions of law and fact.

When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. Pro. 42(a). Consolidation may be ordered on motion of any

1 party or on the court's own motion whenever it reasonably appears that consolidation would aid in the
2 efficient and economic disposition of a case. See <u>In re Air Crash Disaster at Florida Everglades on
3 December 29, 1972</u>, 549 F.2d 1006 (5th Cir. 1977). The grant or denial of a motion to consolidate rests
4 in the trial court's sound discretion, and is not dependant on party approval. <u>Investors Research Co. v.
5 United States Dist. Ct.</u>, 877 F.2d 777 (9th Cir. 1989); <u>Cantrell v. GAF Corp.</u>, 999 F.2d 1007, 1007, 1001
6 (6th Cir. 1993). In determining whether to consolidate actions, the court weighs the interest of judicial
7 convenience against the potential for delay, confusion, and prejudice caused by consolidation.
8 <u>Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc.</u>, 720 F. Supp. 805, 807 (N.D. Cal. 1989).

9      The court finds that, based on its review of both amended complaints, the two cases
10 should be consolidated.

11      Accordingly, it is HEREBY ORDERED that:

12     1.    Case number CV-F-03-5641 OWW WMW-P is consolidated with CV-F-03-
13         6440-LJO DLB-P;

14     3    The Clerk of the Court shall administratively close case number CV-F-03-6440-
15         LJO DLB-P;

16     2.    No further filings will be allowed in CV-F-03-6440-LJO-DLB-P; and

17     3.    All future filings shall bear case number CV-F-03-5641-OWW-WMW-P.

19    IT IS SO ORDERED.

20    **Dated:**    **March 27, 2007**           **/s/ Dennis L. Beck**
    3b142a                                        UNITED STATES MAGISTRATE JUDGE