IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

        Plaintiff,　　　　　CV F 03 5641 OWW WMW P

  vs.　　　　　　　　　　　　ORDER RE MOTIONS (DOC 38, 49)

D. MORALES, et al.,

        Defendants.

        Plaintiff has filed a motion for injunctive relief, and a motion requesting the Court to rule on his motion for injunctive relief.  Plaintiff's motion for injunctive relief is filed on a state court form, and does not comply with the procedural requirements of Local Rule 65-231.  The motion for injunctive relief will therefore be stricken.

        Accordingl, T IS HEREBY ORDERED that:

        1.  Plaintiff's motion for injunctive relief is stricken as procedurally defective.

        2. Plaintiff's motion requesting a ruling from the Court is denied as moot.

IT IS SO ORDERED.

Dated: August 2, 2007              /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE