IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

        Plaintiff,                   CV F 03 5641 OWW WMW P

    vs.                              ORDER RE MOTION (DOC 47)

D. MORALES, et al.,

        Defendants.

        Plaintiff has filed a motion to strike Defendants' motion to dismiss. Plaintiff offers no grounds on which the Court could strike the motion to dismiss. The motion to strike appears to be an opposition to the motion to dismiss. The Court will consider Plaintiff's arguments in opposition to the motion to dismiss.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike Defendant' motion to dismiss is denied.

IT IS SO ORDERED.

Dated:   August 2, 2007               /s/ William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE