IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | No. CV-F-03-5641 OWW/WMW P |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 53) AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (Doc. 46) |
| Plaintiff, | |
| vs. | |
| D. MORALES, et al., | |
| Defendants. | |

On August 14, 2007, the United States Magistrate Judge recommended that Defendants' motion to dismiss for failure to state a claim be granted as to Plaintiff's claims of conspiracy and false reports and denied as to Plaintiff's claim of deliberate indifference.

On August 27, 2007, Plaintiff timely filed objections to the findings and recommendation.  On September 19, 2007, Plaintiff timely filed an Addendum to his objections.

In accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a *de novo* review of this case.

1

Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

According, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 14, 2007, are ADOPTED IN FULL;

2. Defendants' motion to dismiss is GRANTED as to Plaintiff's claims of conspiracy and false reports and DENIED as to Plaintiff's claim of deliberate indifference.

IT IS SO ORDERED.

Dated:   September 27, 2007            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE