IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHNSON,

        Plaintiff,        CV F 03 5641 OWW WMW P

   vs.                         ORDER DISMISSING ACTION

D. MORALES, et al.,

        Defendants.

    Plaintiff has filed a motion for voluntary dismissal of this action. Plaintiff indicates that he will be released on parole within the next six months. Plaintiff specifically indicates that "I hereby voluntarily request dismissal of this case forthwith." Defendants have filed a statement of non-opposition to Plaintiff's request.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion. The Clerk is directed to close this case

IT IS SO ORDERED.

**Dated:   October 31, 2007**                  /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE